# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE MARSHALL-LEE<br>*Plaintiff* | : : : | CIVIL ACTION<br>NO. 18-2333 |
| v. | : : | |
| U.S. DEPARTMENT OF VETERANS AFFAIRS<br>*Defendant* | : : : | |

# ORDER

**AND NOW**, this 25th day of October 2018, upon consideration of the *motion to dismiss for lack of subject matter jurisdiction* filed by the United States of America, on behalf of Defendant U.S. Department of Veterans Affairs ("Defendant"), [ECF 4], to which no response has been filed, and the allegations contained in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this day, the Motion is **GRANTED**. It is further **ORDERED** that:

1. Only the United States of America is a proper defendant under the Federal Tort Claims Act (the "FTCA"), and, therefore, the U.S. Department of Veterans Affairs and all claims against it are **DISMISSED**;

2. The United States of America is **SUBSTITUTED** as the sole federal defendant for Plaintiff's claims under the FTCA; and

3. The FTCA's limited waiver of the United States' sovereign immunity does not extend to Plaintiff's claims against the United States, and, thus, those claims are **DISMISSED** for lack of subject matter jurisdiction.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*